# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GONZALEZ CORTES,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:14-cv-01017-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>ECF NO. 2 |

On June 27, 2014, Plaintiff Felipe Gonzalez Cortes ("Plaintiff") filed the complaint in this action seeking judicial review of the final decision of Defendant Commissioner of Social Security ("Defendant") denying Plaintiff's application for benefits under the Social Security Act. (ECF No. 1.)  Plaintiff filed an application to proceed in forma pauperis without prepayment of the filing fee on the same day.  (ECF No. 2.)

In order to proceed in court without prepayment of the filing fee, Plaintiff must submit an affidavit demonstrating that he "is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1).  In assessing whether a certain income level meets the poverty threshold under Section 1915(a)(1), courts look to the federal poverty guidelines developed each year by the Department of Health and Human Services.  See, e.g., Lint v. City of Boise, No. CV09-72-S-EJL, 2009 WL 1149442, at *2 (D. Idaho Apr. 28, 2009) (and cases cited therein).

/ / /

1    Plaintiff's application states that the only other person dependent upon him for support is
2 his wife.  The 2014 Poverty Guidelines for the 48 contiguous states for a household of two is
3 $15,730.00.  2014 Poverty Guidelines, http://aspe.hhs.gov/poverty/14poverty.cfm (last visited
4 July 1, 2014).

5    Plaintiff states that he earns $370.00 per week working at "West Park, Inc."  Plaintiff also
6 stated that he receives $263 per month in food stamps and that his wife receives $924 per month
7 in food stamps.  Accordingly, Plaintiff receives $19,240 in annual income from work and an
8 additional $14,244 in food stamps per year.

9    Plaintiff also identified $1,376.00 per month in monthly expenses and a $360 monthly
10 payment related to a Chapter 13 bankruptcy.  This amounts to $20,832 in annual expenses.

11    Plaintiff's application to proceed in forma pauperis demonstrates that Plaintiff is able to
12 pay the $400.00 filing fee in this action as his reported annual income is significantly higher than
13 his reported annual expenses.  Moreover, Plaintiff's income is substantially higher than the 2014
14 Poverty Guidelines.

15    Based upon the foregoing, the Court finds that Plaintiff is not eligible to proceed in forma
16 pauperis under 28 U.S.C. § 1915.  Accordingly, it is HEREBY ORDERED that Plaintiff's
17 application to proceed in forma pauperis is DENIED and Plaintiff shall pay the $400.00 filing fee
18 within thirty (30) days.  If the filing fee is not paid within thirty (30) days, this action will be
19 dismissed.

IT IS SO ORDERED.

Dated:  **July 1, 2014**

UNITED STATES MAGISTRATE JUDGE