# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GONZALEZ CORTES,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No.  1:14-cv-01017-SAB<br><br>ORDER DIRECTING CLERK'S OFFICE TO ISSUE SERVICE DOCUMENTS |

On June 27, 2014, Plaintiff Felipe Gonzalez Cortes ("Plaintiff") filed the complaint in this action seeking judicial review of the final decision of Defendant Commissioner of Social Security ("Defendant") denying Plaintiff's application for benefits under the Social Security Act. (ECF No. 1.)  Plaintiff's application to proceed in forma pauperis was denied on July 2, 2014, and Plaintiff was ordered to pay the filing fee within thirty days.  (ECF No. 3.)  On July 31, 2014, Plaintiff submitted the filing fee.

Accordingly, the Office of the Clerk is directed to issue a summons and new case documents in this action.

IT IS SO ORDERED.

Dated:   **August 6, 2014**

UNITED STATES MAGISTRATE JUDGE

1