# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GONZALEZ CORTES,<br><br>    Plaintiff,<br><br>    vs.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-cv-01017-SAB<br><br>ORDER ON STIPULATION FOR AN EXTENSION OF TIME |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendants' response to Plaintiff's opening brief shall be filed on or before May 26, 2015; and

2. Plaintiff's reply, if any shall be filed on or before June 10, 2015.

IT IS SO ORDERED.

Dated:  **April 22, 2015**

_____
UNITED STATES MAGISTRATE JUDGE