# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GONZALEZ CORTES,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:14-cv-01017-SAB<br><br>ORDER GRANTING SECOND STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 16) |

On May 22, 2015, the parties filed a second stipulation to extend time for Defendant to respond to Plaintiff's motion for summary judgment   Pursuant to the stipulation of the parties, the request for an extension of time shall be granted.  However, the Court will not grant any further requests for an extension of time in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The Commissioner shall file a responsive brief on or before June 25, 2015; and
2. Plaintiff's reply brief, if any, shall be filed on or before July 13, 2015.

IT IS SO ORDERED.

Dated:   **May 28, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

1